# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Marvin Navarro-Cardona | ) | Case No.  3:24-mj-252 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 12, 2024  in the county of  Multnomah  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1), (b)(1)(B)(vi) | Possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent John Ludwig.

☑ Continued on the attached sheet.

/s/John Ludwig
*Complainant's signature*

Special Agent John Ludwig, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  8:05  a.m./~~p.m.~~

Date:  November 13, 2024

*Youlee Yim You*
*Judge's signature*

City and state:  Portland, Oregon    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*