FILED 03 DEC '24 12:29 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00445-AN** |
| v. | **INDICTMENT** |
| **MARVIN NAVARRO-CARDONA,** | 21 U.S.C. § 841(a)(1) & 841(b)(1)(B)(vi) |
| **Defendant.** | 21 U.S.C. § 841(a)(1) & 841(b)(1)(C) |
| | **Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with the Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(vi))**

On or about October 23, 2024, through November 12, 2024, within the District of Oregon, defendant **MARVIN NAVARRO-CARDONA** did knowingly possess with the intent to distribute at least 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 2
### (Possession with the Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about October 23, 2024, through November 12, 2024, within the District of Oregon, defendant **MARVIN NAVARRO-CARDONA** did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

Upon conviction of the controlled substance offenses alleged in Counts 1 or 2 of this Indictment, defendant **MARVIN NAVARRO-CARDONA** shall forfeit to the United States pursuant to Title 21 United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: December 3, 2024.                    A TRUE BILL.

                                                                            _____
                                                                            OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

_____
NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney